```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

JESUS GARCIA LEE #88982                                  PLAINTIFF

VS.                              CIVIL ACTION NO. 5:15cv22-DCB-JCG

THOMAS BYRD, ET AL.                                     DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of United States Magistrate Judge John C. Gargiulo, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court and the Motion to Dismiss [31] filed by Patsy Wiley should be Granted, the Motion for Summary Judgment [36] filed by Velisha Jones, Delando Miles, Jeannette Pointe and Frank Shaw should be Granted, and the Complaint [1] filed by Jesus Garcia Lee should be dismissed.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge John C. Gargiulo be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the  4th   day of February, 2016.

                              s/David Bramlette
                         UNITED STATES DISTRICT JUDGE